# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| KATHLEEN BENJAMIN | § | |
| | § | |
| v. | § | |
| | § | |
| MEDISCA INC., MEDISCA | § | |
| PHARMACEUTICAL COMPANY, | § | CIVIL ACTION NO. 3:23-CV-2321-S-BT |
| MEDISCA PHARMACEUTIQUE | § | |
| INC., RENEE WALKER, RANDSTAD | § | |
| OPERATIONAL TALENT, | § | |
| RANDSTAD US, LLC, and | § | |
| RANDSTAD NORTH AMERICA, | § | |
| INC. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED February 18, 2025.

_____
**UNITED STATES DISTRICT JUDGE**